UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES DURST,<br>    Plaintiff,<br>  v.<br><br>DYNAMIC RECOVERY SOLUTIONS,<br>    Defendant. | )<br>)<br>)<br>)  **Case No.: 1:11-cv-5823-JBS-**<br>)  **AMD**<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

   NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /S/ Amy L. Bennecoff
 Amy L. Bennecoff, Esquire
 Attorney ID # AB 0891
 Kimmel & Silverman, P.C
 1930 E. Marlton Pike, Suite Q29
 Cherry Hill, New Jersey 08003
 Phone: (856)429-8334
 Facsimile: (856) 216-7344
 Email: abennecoff@creditlaw.com